Hon. Mary Alice Theiler

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| UNITED STATES OF AMERICA, | CASE NO. MJ17-374 |
|---|---|
| Plaintiff, | |
| v. | ORDER AUTHORIZING DETENTION PENDING INITIAL APPEARANCE |
| JASON A. WILLIAMS, | |
| Defendant. | |

TO:   The United States Marshal and any Authorized United States Officer

Based upon a review of a sworn complaint, the Court finds there is probable cause to believe the defendant, JASON WILLIAMS, has violated Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C), and Title 18, United States Code, Section 2. It is therefore ORDERED:

1. You are directed to bring the defendant before the nearest United States Magistrate Judge, or other authorized judicial officer, for initial appearance as promptly as that hearing can be scheduled with the court.

2. The defendant shall be held in custody pending that appearance.

Dated this 1st day of September, 2017 at Seattle, Washington.

MARY ALICE THEILER
United States Magistrate Judge

ORDER OF DETENTION PENDING INITIAL APPEARANCE - 1
U.S. v. WILLIAMS

UNITED STATES ATTORNEY
700 STEWART ST., SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970