THE HONORABLE JOHN C. COUGHENOUR

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JASON WILLIAMS,<br><br>Defendant. | CASE NO. CR17-0245-JCC<br><br>MINUTE ORDER GRANTING MOTION TO CONTINUE TRIAL DATE |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on Defendant's unopposed motion to continue the trial date and extend the due date for pretrial motions (Dkt. No. 20). Based on the motion, the Court finds the following:

1. The ends of justice served by granting this continuance outweigh the best interests of the public and the defendants in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).

2. Proceeding to trial absent adequate time for the defense to prepare would result in a miscarriage of justice. 18 U.S.C. § 3161(h)(7)(B)(i).

3. The defense needs additional time to explore issues of some complexity, including all relevant issues and defenses applicable to the case, which would make it unreasonable to expect adequate preparation for pretrial proceedings or for trial itself within the

time limits established by the Speedy Trial Act and currently set for this case. 18 U.S.C. § 3161(h)(7)(B)(ii).

4. Taking into account the exercise of due diligence, a continuance is necessary to allow the defendant the reasonable time for effective preparation of his defense. 18 U.S.C. § 3161(h)(7)(B)(iv).

Therefore, the Court ORDERS that the trial date is continued from November 27, 2017 to March 26, 2018. The Court further ORDERS that the resulting period of delay from November 27, 2017 to March 26, 2018 is hereby excluded for speedy trial purposes under 18 U.S.C. § 3161(h)(7)(A) and (B). Pretrial motions are due no later than February 22, 2018.

DATED this 2nd day of November 2017.

<u>William M. McCool</u>
Clerk of Court

<u>/s/Tomas Hernandez</u>
Deputy Clerk