THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR17-0245-JCC |
| Plaintiff, | ORDER |
| v. | |
| JASON WILLIAMS, | |
| Defendant. | |

This matter comes before the Court on the parties' stipulated motion to continue the trial date in this matter (Dkt. No. 26) and Defendant's speedy trial waiver (Dkt. No. 27). In light of the circumstances Defendant presents, the Court finds that a failure to grant a continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. *See* 18 U.S.C. § 3161(h)(7)(B). The Court also finds that the ends of justice will be served by ordering a continuance in this case, that a continuance is necessary to ensure adequate time for effective representation, and that these factors outweigh the best interests of the public and Defendant in a speedy trial. *See* 18 U.S.C. § 3161(h)(7)(A).

For the foregoing reasons, the parties' motion to continue the trial (Dkt. No. 26) is GRANTED. Trial in this matter is continued to January 7, 2019. All pretrial motions must be filed no later than November 29, 2018. The Court further ORDERS that the period of time from

1 | the date of this order until the new trial date shall be excludable time pursuant to the Speedy
2 | Trial Act, 18 U.S.C. § 3161(h)(7)(A).
3 | DATED this 15th day of June 2018.

John C. Coughenour
UNITED STATES DISTRICT JUDGE

ORDER
CR17-0245-JCC
PAGE - 2